1  Laura P_____ (_____ 139)
2  BRINK_____
   8275 S. _____ e 200
3  Las Veg_____
   Telephone: (800) 446-6801
4  Facsimile: (702) 920-8753

5  Daren R. Brinkman (CA Bar No. 158698)
6  Laura Portillo (CA Bar No.186813)
   David L. Wardle (CA Bar No. 222130)
7  BRINKMAN PORTILLO, PC
   4333 Park Terrace Dr., Suite 205
8  Westlake Village, CA 91361
   Telephone: (818) 597-2992
9  Facsimile: (818) 597-2998

10
11 Attorneys for the Official Committee of
   Unsecured Creditors of Robindale Villas, LLC

**Entered on Docket**
**September 24, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-08-11490-LBR |
| ROBINDALE VILLAS, LLC, | Chapter 11 |
| Debtor. | **ORDER CONVERTING CASE TO CHAPTER 7** |
| | Hearing Date: August 13, 2009<br>Hearing Time: 9:30 a.m. |

A hearing to consider approval of the Amended Disclosure Statement of Robindale Villas, L.L.C. was conducted on August 13, 2009. All appearances were noted on the record. The Court having considered the pleadings and papers and argument of counsel and the record in this case, and for the reasons set forth in the record, and good cause appearing,

**IT IS HEREBY ORDERED** by the Court, *sua sponte*, that this case is converted from chapter 11 to chapter 7.

DATED:_____      _____
                                  UNITED STATES BANKRUPTCY JUDGE

1

1  SUBMITTED BY:

2  BRINKMAN PORTILLO, PC

3

4  By: /s/ Laura J. Portillo_____
          LAURA J. PORTILLO
5  Attorneys for the Official Committee of
   Unsecured Creditors of Robindale Villas, LLC
6

7  APPROVED / DISAPPROVED:

8

9  _____
          MICHAEL J. DAWSON
10 Attorney for Debtor

11

12 APPROVED / DISAPPROVED:

13 PENGILLY ROBBINS SLATER

14

15 By: _____
          CRAIG D. SLATER
16 Attorneys for Debtor

17

18 APPROVED / DISAPPROVED:

19 SHEA & CARLYON, LTD.

20

21 By: _____
          SHAWN W. MILLER
22 Attorneys for Washington Federal Savings

23

24 APPROVED / DISAPPROVED:

25

26 _____
          GARRY L. HAYES
27 Attorney for Don Herman

28

2

1  APPROVED / DISAPPROVED:

2  KOLESAR & LEATHAM, CHTD.

3

4  By: _____
        JOSEPH G. WENT
5  Attorneys for Federal Deposit Insurance
   Corporation, Receiver for Silver State Bank
6

7
   APPROVED / DISAPPROVED:
8
   HANSEN RASMUSSEN
9

10
   By: _____
11        JOEL F. HANSEN
   Attorneys for Robert Kahre
12

13
   APPROVED / DISAPPROVED:
14

15 _____
        CHARLES C. LOBELLO
16 Attorney for A&D Automatic Gate and
   Access Nevada, Inc.
17

18
   APPROVED / DISAPPROVED:
19
   THE UNITED STATES TRUSTEE
20

21
   By: _____
22        EDWARD M. McDONALD JR.
   Attorneys for the United States Trustee
23

24

25

26

27

28

3

1  APPROVED / DISAPPROVED:

2  KOLESAR & LEATHAM, CHTD.

3

4  By: _____
      JOSEPH G. WENT
5  Attorneys for Federal Deposit Insurance
   Corporation, Receiver for Silver State Bank
6

7  APPROVED / DISAPPROVED:

8  HANSEN RASMUSSEN

9

10 By: _____
        JOEL F. HANSEN
11 Attorneys for Robert Kahre

12

13 APPROVED / DISAPPROVED:

14

15 _____
        CHARLES C. LOBELLO
16 Attorney for A&D Automatic Gate and
   Access Nevada, Inc.
17

18
   APPROVED / DISAPPROVED:
19
   THE UNITED STATES TRUSTEE
20

21 By: *[signature: Edward M. McDonald Jr.]*

22     EDWARD M. McDONALD JR.
   Attorneys for the United States Trustee
23

24

25

26

27

28

3

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

 X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor:  Failed to respond.

Washington Federal Savings:  Failed to respond.

Don Herman:  Failed to respond.

Federal Deposit Insurance Corporation, Receiver for Silver State Bank: Failed to respond.

Robert Kahre:  Failed to respond.

A&D Automatic Gate:  Approved.

Access Nevada, Inc.:  Approved.

The United States Trustee:  Approved.

Dated this 14th day of September 2009.

BRINKMAN PORTILLO, PC


By: /s/ Laura J. Portillo
 LAURA J. PORTILLO
Attorneys for the Official Committee of
Unsecured Creditors of Robindale Villas, LLC

4